

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 2-08-166-CV

IN RE BRIAN ARMSTRONG          RELATORS
AND SHAWNDI LYNN HATFIELD

------------

## ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relators' petition for writ of mandamus and motion for emergency stay and is of the opinion that relief should be denied. *See* TEX. R. APP. P. 52.7. Accordingly, relators' petition for writ of mandamus and request for emergency stay are denied.

PER CURIAM

PANEL M: WALKER and LIVINGSTON, JJ.

DELIVERED: April 25, 2008

---

[1] *See* TEX. R. APP. P. 47.1.